# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Andrew Philip Yarusso**

        Plaintiff

    vs.                      **CASE NUMBER: 3:19-cv-475 (DEP)**

**Andrew Saul**
Commissioner of Social Security

        Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Defendant's motion for Judgment on the pleadings is GRANTED; Commissioner's determination that the plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act is AFFIRMED.

All of the above pursuant to the order of the Honorable David E. Peebles, dated the 1st day of June, 2020.

DATED: June 1, 2020

Clerk of Court

s/Kathy Rogers
Deputy Clerk